**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Courtney Floyd GREGORY, a/k/a Bobby**
**Lee Graves, a/k/a Deangelo D. Marsh,**
**a/k/a Marcello N. Williams, Defen-**
**dant–Appellant.**

**No. 12–6454.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 12, 2012.

Decided: June 19, 2012.

Courtney Floyd Gregory, Appellant Pro
Se. Michael R. Smythers, Assistant United
States Attorney, Norfolk, Virginia, for Ap-
pellee.

Before NIEMEYER and MOTZ, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Courtney Floyd Gregory appeals the
district court's order denying his 18 U.S.C.
§ 3582(c)(2) (2006) motion for reduction of
sentence. We have reviewed the record
and find no reversible error. Accordingly,
we affirm for the reasons stated by the
district court. *United States v. Gregory,*
No. 4:96–cr–00022–RAJ–1 (E.D.Va. Feb.
10, 2012). We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before the court and argument
would not aid the decisional process.

*AFFIRMED.*